KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
STEPHEN H. JIGGER (CSBN 219430)
Assistant United States Attorneys

450 Golden Gate Avenue
San Francisco, Ca. 94102
Tel: (415) 436-7223

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR- 06-0316 MHP |
| Plaintiff, | |
| v. | [PROPOSED] SPEEDY TRIAL ORDER |
| STANLEY JAMES PRYOR, JR., et al., | |
| Defendants, | |

GOOD CAUSE APPEARING the Court finds that as to defendant Marvin Castillo, the time period between July 24, 2006 and October 16, 2006 is excluded from the speedy trial calculations under 18 U.S.C. §3161(h)(8)(A) and B(i)(ii). The case involves approximately six overlapping months of electronic surveillance on seven separate lines covering four different subject's cellular telephones. A portion of the conversations are in Spanish and a portion are in Tongan. The indictment contains allegations against nineteen defendants covering criminal activity over approximately one year in time. Thousands of pages of discovery have been made available and compact discs containing hundreds of hours of conversations have been provided. The Court finds that the case is so unusual and complex, due to the number of defendants and the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established under Title 18 U.S.C. §

SPEEDY TRIAL ORDER                              1

3161(h)(8)(A) and (B)(ii)and (iv).

The court finds specifically that the ends of justice are best served through the continuance until October 16, 2006 to allow the defendants adequate time to review the discovery already provided and prepare any necessary motions for additional discovery. The Court finds that need for effective preparation and other reasons cited herein outweigh the best interest of the defendants and the public in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that the time period between July 24, 2006 and October 16, 2006 is excluded from calculations pursuant to 18 U.S.C. §3161(h)(8)(A) and B(i),(ii), and iv.

DATED: July 24, 2006

_____
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

SPEEDY TRIAL ORDER 2