| | |
|---|---|
| 1   SCOTT N. SCHOOLS (SCBN 9990)<br>    United States Attorney | **FILED**   MAY 15 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
   450 Golden Gate Ave. 11th Floor
6  San Francisco, Ca. 94102
   Telephone: (415) 436-7223
7
   Attorney for Applicant
8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11             SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,         )   CRIMINAL NO. CR 06-0316 MHP
13 |         Plaintiff,                )
14 |             v.                    )   **PETITION FOR AND WRIT**
                                       )   **OF HABEAS CORPUS AD**
15 | STANLEY JAMES PRYOR et al.,       )   **PROSEQUENDUM**
                                       )
16 |         Defendants.               )
                                       )

17

18  TO:  The Honorable MARILYN HALL PATEL, United States District Court
19       Judge of the United States District Court for the Northern District of
         California:
20
    Assistant United States Attorney Barbara Brennan Silano respectfully requests that
21
    this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner
22
    Marvin Castillo, whose place of custody and jailor are set forth in the requested Writ,
23
    attached hereto. The prisoner is required as the defendant in the above entitled matter in
24
    \\\
25
    \\\
26
    \\\
27
    \\\
28
    \\\

PETITION AND WRIT

| | |
|---|---|
| 1 | this Court and, therefore petitioner prays that this Court issue the Writ as presented. |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | SCOTT N. SCHOOLS |
| 5 | |
| 6 | United States Attorney<br>Northern District of California |
| 7 | |
| 8 | DATED: May 10, 2007        /s/ |
| 9 | |
| 10 | BARBARA BRENNAN SILANO<br>Assistant United States Attorney |
| 11 | |
| 12 | SO ORDERED. |
| 13 | DATED: 5/14/07 |
| 14 | Hon. Marilyn Hall Patel<br>United States District Court Judge |

SO ORDERED.

DATED: 5/14/07

Hon. Marilyn Hall Patel
United States District Court Judge

| | |
|---|---|
| 1 | |
| 2 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 3 | |
| 4 | |
| 5 | TO: FREDIRICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies. Jailor, Warden, Sheriff of Alameda County, West County Detention Facility, or Warden of any California Department of Corrections Facility: |

<u>GREETING</u>

WE COMMAND that on, June 11, 2007 at 11:00 a.m., or as soon as practicable, you have and produce the body of this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner MARVIN A. CASTILLO, Booking Number 2005020218, Alameda County Booking Number BFG047, DOB 1/04/1980, CII A21433901, in your custody Santa Rita Jail, 5325 Broder Blvd., Dublin, CA. or any other California or County Department of Corrections Institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Marilyn Hall Patel, 18th Floor, in order that, MARVIN A. CASTILLO, may then appear for hearing upon the charges heretofore filed against him in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

\\\
\\\
\\\

PETITION AND WRIT                                                                 3

WITNESS the Honorable Marilyn Hall Patel, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED: 5/15/07

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: /s/ [signature]
DEPUTY CLERK