SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Criminal Division

STEPHEN H. JIGGER (CASBN 219430)
BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (408) 535-5588
Facsimile: (408) 535-5066
E-Mail: steve.jigger@usdoj.gov
        barbara.silano@usdoj.gov

Attorneys for the United States of America

**FILED**
JUL 3 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 0316-MHP |
| Plaintiff, | MOTION AND [PROPOSED] ORDER FOR LEAVE OF COURT TO DISMISS COUNT 12 |
| v. | |
| MARVIN CASTILLO, | |
| Defendant. | |

Now comes the United States of America by and through its under signed counsel and, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, requests leave of Court to dismiss Count 12 of the indictment in the above captioned matter as to defendant Marvin Castillo, and cites as its reasons therefore:

On May 6, 2007, Marvin Castillo was indicted in Counts 1 and 12 of the above captioned matter. Count 1 alleged his participation in a conspiracy to possess and distribute and distribute methamphetamine and cocaine, in violation of Title 21, United States Code, Section 846. Count

12 alleged that on or about March 8, 2007 to on or about March 15, 2006, Castillo along with codefendants Rafael Ramirez Jr. and Humberto Jesus Barraza possessed with intent to distribute and distributed five kilograms or more of a substance or mixture containing cocaine. This charge includes the March 13, 2007 traffic stop seizure of 50 kilograms of cocaine from Castillo. This seizure is also the basis of a currently pending Alameda County prosecution of Castillo for transportation, sale, furnishing, etc. a controlled substance in violation of California Health and Safety Code Section 11379. Prosecution of the equivalent conduct by two separate sovereigns, while permitted under federal law, creates legal issues. In order to avoid unnecessary litigation in either state or federal court, the United States has agreed to defer prosecution of the substantive offense to the State of California. This requested dismissal of the charge against Castillo contained in Count 12 only applies to defendant Castillo and only to Count 12. Prosecution of the other defendants charged in Count 12 and Castillo on Count 1 will continue.

Wherefore the United States requests this Court grant the government leave to dismiss Count 12 as to Defendant Marvin Castillo and enter the appropriate dismissal on that count.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: June 28, 2007

/s/

STEPHEN H. JIGGER
BARBARA BRENNAN SILANO
Assistant United States Attorneys

LEAVE TO DISMISS GRANTED AND
COUNT 12 IS ORDERED DISMISSED
AS TO DEFENDANT MARVIN CASTILLO

Dated: July 3, 2007



IT IS SO ORDERED
MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE
Judge Marilyn H. Patel

MOTION TO DISMISS
U.S. v. MARVIN CASTILLO
CR 06 0316 MHP                          2