JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

STEPHEN H. JIGGER (CABN 219430)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6960
   Facsimile:  (415) 436-6982
   E-Mail:    steve.jigger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0316 MHP |
| ) Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING |
| v. ) | AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| STANLEY JAMES PRYOR, Jr., ) MARVIN CASTILLO, et al, ) | |
| ) Defendants. ) | |

     WHEREAS, defendant MARVIN CASTILLO, is charged in a criminal indictment now pending in the above captioned matter; and

     WHEREAS, the matter is presently scheduled for sentencing upon a plea of guilty to Count One of the indictment on March 24, 2008, at 9:00 a.m., and

     WHEREAS, the pre-sentence report is not complete and ready for sentencing due to scheduling problems respecting the interview of defendant by the United States Probation Officer, S. SARA BLACK, and she is requesting an additional sixty (60) day continuance after the interview with the defendant, which is presently scheduled for March 18, 2008.

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by the parties represented by STEPHEN JIGGER, Assistant United States Attorney, and HARRY C. SINGER, counsel for defendant, that the matter presently scheduled for March 24, 2008, at 9:00 A.M. be continued to June 16, 2008, at 9:00 A.M.. (An available date obtained from the Court's Clerk and agreeable with counsel and the Probation Officer.)

The parties further agree to exclude the time period from March 24, 2008, to June 16, 2008, from computation under the Speedy Trial Act due to the need for effective preparation and assistance of counsel, and such that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: March 18, 2008

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

By___ /s/_____
  STEPHEN H. JIGGER
Assistant United States Attorney
Attorney for Plaintiff

DATED: March 18, 2008

_____/s/_____
HARRY C. SINGER
Attorney for Defendant MARVIN CASTILLO

IT IS SO ORDERED

DATED: March  21   2008

_____
HON. MARILYN H. PATEL
U.S DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 the interview with the defendant, which is presently scheduled for March 18, 2008.

2 THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED, by the parties represented by STEPHEN JIGGER, Assistant United States Attorney, and HARRY C. SINGER, counsel for defendant, that the matter presently scheduled for March 24, 2008, at 9:00 A.M.m. be continued to June 16, 2008, at 9:00 A.M.. (An available date obtained from the Court's Clerk and agreeable with counsel and the Probation Officer.)

The parties further agree to exclude the time period from March 24, 2008, to June 16, 2008, from computation under the Speedy Trial Act due to the need for effective preparation and assistance of counsel, and such that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: March __18__ 2008

JOSEPH P. RUSSIONIELLO
UNITED STATES ATTORNEY

By _/s/_
STEPHEN JIGGER
Assistant United States Attorney
Attorney for Plaintiff

DATED: March 18, 2008

_/s/ Harry C. Singer_
HARRY C. SINGER
Attorney for Defendant MARVIN CASILLO

IT IS SO ORDERED:

DATED: March _____ 2008

_____
HON. MARILYN H. PATEL
U. S. DISTRICT JUDGE

-2-